AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
District of New Mexico ☐▾

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE BODY OF CHRISTOPHER CHACON, YOB 1986 | )<br>)<br>)  Case No.  MR 26-318<br>)<br>)<br>) |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Attachment A, which is incorporated herein by reference

located in the _____ District of _____New Mexico_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Attachment B, which is incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm or ammunition |

The application is based on these facts:
See attached affidavit, which is incorporated herein by reference

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

Special Agent Steven Duron
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonically sworn and electronically signed      *(specify reliable electronic means).*

Date:    02/16/2026

_____
*Judge's signature*

City and state:  Albuquerque, New Mexico

John F. Robbenhaar, United States Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IN THE MATTER OF THE SEARCH OF:        Case No. _____

THE BODY OF CHRISTOPHER CHACON
YOB 1986

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER
<u>RULE 41 FOR A WARRANT TO SEARCH AND SEIZE</u>**

**INTRODUCTION**

1.    I, Steven Duron, Special Agent of the Federal Bureau of Investigation (FBI), being first duly sworn, make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the body of CHRISTOPHER CHACON (CHACON) (YOB 1986), to collect deoxyribonucleic acid (DNA) samples by way of buccal swabs. I believe CHACON's DNA may be present on a handgun magazine that was loaded with ammunition recovered by law enforcement pursuant to a residential search warrant executed by Rio Arriba County Sheriff's Office September 30, 2025.

**PURPOSE OF THE AFFIDAVIT**

2.    As set forth herein, there is probable cause to believe that CHACON committed a violation of 18 U.S.C. 922(g)(1), being a felon in possession of ammunition. Therefore, I believe that a limited search of CHACON's body for the purpose of collecting a DNA sample will be relevant to further the investigation into this crime.

3.    Because this Affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to support a search warrant to collect CHACON's DNA.

Page | 1

## AFFIANT'S RELEVANT TRAINING AND EXPERIENCE

4.      I am a Special Agent with the FBI and have been since March of 2024. I have received law enforcement training at the FBI Academy in Quantico, Virginia. I am currently assigned to the Santa Fe Resident Agency, where I am responsible for investigating various criminal cases. I have led and assisted with cases involving violent crime, violent crimes against children, bank robberies, drug trafficking organizations, and gang/criminal enterprises. I have received training in a variety of investigative and legal matters, including establishing probable cause and drafting search warrant affidavits. Prior to joining the FBI, I spent approximately six years with the Hillsborough County Sheriff's Office in Tampa, Florida.

5.      As a result of my training and experience, I am aware when individuals handle firearms or ammunition, their DNA is often left behind and detectable by lab technicians. I am aware human saliva and droplets of human sweat contain DNA, which can be used to help identify an individual, and that DNA from human saliva or sweat droplets can potentially be recovered and used to help identify an individual, after the individual comes in contact with a surface or an object.

## SUMMARY OF PROBABLE CAUSE

6.      On September 29, 2025, law enforcement responded to a home located at 1510 Valdez Drive, in Espanola, New Mexico, in response to a call for service in which the caller reported that shots were fired. The callers, Jerome Block (BLOCK) and Jessica Middleton (MIDDLETON), reported that CHACON fired a handgun in their direction while at their home. CHACON, BLOCK, and MIDDLETON are housemates, and all reside at 1510 Valdez Drive. The Rio Arriba County Sheriff's Office responded to the home and recovered one casing inside of the home along with two casings outside of the home.

7.      While conducting the investigation, Rio Arriba County Sheriff's Office Deputy Varbel conducted an interview with CHACON. CHACON was read his *Miranda* rights and agreed

Page | 2

to talk to Deputy Varbel. During the interview, CHACON admitted to living at the home with BLOCK at 1510 Valdez Drive. CHACON additionally admitted the back bedroom of the home was where he was staying.

8.    As a result of the 911 call, on September 30, 2025, the Rio Arriba County Sheriff's Office executed a search warrant on CHACON's bedroom at 1510 Valdez Drive. Law enforcement located a loaded Glock handgun magazine and a bag of miscellaneous ammunition found in a backpack on top of the bed.

9.    Your Affiant conducted a criminal history check on CHACON and found he was previously convicted in the State of New Mexico's First Judicial District of the felony offense of aggravated battery. *See* D-117-CR-2004-00112.

10.    Based on this information, there is probable cause to believe that the DNA samples sought through this warrant may provide evidence pertaining to a violation of 18 U.S.C. § 922(g)(1), that being felon in possession of ammunition.

11.    The items of evidence listed above are all in the custody of the FBI. Based on my training, experience, and involvement of this case, I know these items were collected and have been stored in such a manner that DNA present on the evidence at the time of collection may still be present on the evidence at this time. With the execution of this warrant, investigators will obtain sample swabs from the ammunition and magazine described above. Those samples will be compared with the DNA samples collected from CHACON pursuant to the authorization sought in this application.

12.    The buccal swabs from CHACON will be obtained pursuant to approved procedures, without unnecessary discomfort to CHACON, in private, and under circumstances

where he will feel little or no pain or embarrassment. I am seeking the courts permission to use reasonable force against CHACON to obtain DNA samples and execute this warrant.

## CONCLUSION

13.     Based on the aforementioned information, I submit that probable cause exists CHACON committed a violation of 18 U.S.C. § 922(g)(1) and that the DNA samples sought in this warrant may provide evidence of that violation. Therefore, I am seeking authorization under Rule 41 of the Federal Rules of Criminal Procedure to collect a DNA sample from CHACON, via buccal swabs, to compare with any DNA that is found on the evidence seized in this matter. This affidavit has been approved by Assistant United States Attorney Jaymie Roybal.

Respectfully submitted,

Steven Duron
Special Agent
Federal Bureau of Investigation

TELEPHONICALLY SWORN AND ELECTRONICALLY SIGNED ON FEBRUARY 16, 2026.

THE HONORABLE JOHN F. ROBBENHAAR
UNITED STATES MAGISTRATE JUDGE

Page | 4

## Attachment A

### Person to be Searched

1.    CHRISTOPHER CHACON (CHACON) was born on July 02, 1986. CHACON has a Social Security Account number ending in 4207. CHACON is approximately 5'09", 180 pounds, with black hair. CHACON is pictured below:



## **Attachment B**

### **Items to be Seized**

1.    Law enforcement will use buccal swabs to collect samples of DNA from CHACON and are authorized to use reasonable force against CHACON in order to obtain the DNA sample if necessary.